AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PRESKA LORETTA A. | SECOND CIRCUIT | 9/10/08 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE - NOMINEE | ☒ Nomination, Date 9/9/08 <br> ☐ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/1/07 to 8/31/08 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US COURTHOUSE <br> ROOM 1320 <br> 500 PEARL STREET <br> NY NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2. Co TRUSTEE / TRUSTEE | TRUSTS #7 AND #11 |
| 3. MEMBER | NY REGIONAL PANEL TO SELECT WHITE HOUSE FELLOWS |
| 4. ADVISORY BOARD | FEDERALIST SOCIETY, NY CHAPTER |
| 5. TRUSTEE | FORDHAM UNIVERSITY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2008 SEP 19 A 10 22 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 9/10/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007, 2008 | SELF EMPLOYED LAWYER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 9/10/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank A/c | A | INT | J | T | EXEMPT | | | | |
| 2. Trust # 1 | E | Div/INT | N | T | | | | | |
| 3. – Fidelity NY Muni MMF | | | | | | | | | |
| 4. – Promissory Notes | | | | | | | | | |
| 5. – S+P Midcap 400 Depository Receipts | | | | | | | | | |
| 6. – Fidelity Contrafund | | | | | | | | | |
| 7. – American Growth Fund | | | | | | | | | |
| 8. Trust # 2 | E | Div/INT | N | T | | | | | |
| 9. – Fidelity NY Muni MMF | | | | | | | | | |
| 10. – Promissory Notes | | | | | | | | | |
| 11. – S+P Midcap 400 Depository Receipts | | | | | | | | | |
| 12. – American Growth Fund | | | | | | | | | |
| 13. – Baron Growth Fund | | | | | | | | | |
| 14. Trust # 3 | D | Div | N | T | | | | | |
| 15. – S+P Midcap 400 Depository Receipts | | | | | | | | | |
| 16. – Fidelity NY Muni MMF | | | | | | | | | |
| 17. – Fidelity Contrafund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, Loretta A. | 9/10/18 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. — EATON VANCE LG CAP FUND | | | | | | | | | |
| 19. — ROYCE TOTAL RETURN FUND | | | | | | | | | |
| 20. — TURKOY BROWNR GLOBAL AV | | | | | | | | | |
| 21. TRUST #4 | D | Div | O | T | | | | | |
| 22. — S+P MIDCAP 400 DEPOSIT ACCT | | | | | | | | | |
| 23. — BARON GROWTH FUND | | | | | | | | | |
| 24. — EATON VANCE LG CAP FUND | | | | | | | | | |
| 25. — AMERICAN GROWTH FUND | | | | | | | | | |
| 26. — ROYCE TOTAL RETURN FUND | | | | | | | | | |
| 27. — TURKOY BROWNR GLOBAL FUND | | | | | | | | | |
| 28. TRUST #6 | C | Div | L | T | | | | | |
| 29. — NUML WHOLE LIFE | | | | | | | | | |
| 30. TRUST #7 | B | Div | N | T | | | | | |
| 31. — BVLICO ADJVIBOLE LIFE | | | | | | | | | |
| 32. — NRAL ANNUITY | | | | | | | | | |
| 33. — NUML WHOLE LIFE | | | | | | | | | |
| 34. — NUML WHOLE LIFE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #8 | B | Div | N | T | | | | | |
| 36. – Sun Universal Life | | | | | | | | | |
| 37. – NYL Universal Life | | | | | | | | | |
| 38. Trust #5 | | | P1 | T | | | | | |
| 39. – Sun Universal Life | | | | | | | | | |
| 40. IRA #1 | G | Div | P1 | T | | | | | |
| 41. – Fidelity Cash Reserves | | | | | | | | | |
| 42. – Turner Brown Global Value Fund | | | | | | | | | |
| 43. – Dodge + Cox Intnl Stk Fund | | | | | | | | | |
| 44. – Baron Growth Fund | | | | | | | | | |
| 45. – Royce Total Return Fund | | | | | | | | | |
| 46. – Fidelity US Treasury MMF | | | | | | | | | |
| 47. IRA #2 | D | Div | M | T | | | | | |
| 48. – Baron Growth Fund | | | | | | | | | |
| 49. – Fidelity Contrafund | | | | | | | | | |
| 50. – Fidelity Cash Reserves | | | | | | | | | |
| 51. – Fidelity US Treasury MMF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #3 | D | Div | M | T | | | | | |
| 53. — Royce Total Return Fund | | | | | | | | | |
| 54. — Fidelity Cash Reserves | | | | | | | | | |
| 55. IRA #4 | F | Div | O | T | | | | | |
| 56. — Fidelity Cash Reserves | | | | | | | | | |
| 57. — Dodge + Cox Intl Stk Fund | | | | | | | | | |
| 58. — Tweedy Browne Global Value Fund | | | | | | | | | |
| 59. — American Growth Fund | | | | | | | | | |
| 60. — Fidelity US Treasury MMkt | | | | | | | | | |
| 61. Law Firm Retirement Acct | R | Div | P1 | T | | | | | |
| 62. — Fidelity Contra Fund | | | | | | | | | |
| 63. — Bond Growth Fund | | | | | | | | | |
| 64. — Fidelity Cash Reserves | | | | | | | | | |
| 65. — Royce Total Return Fund | | | | | | | | | |
| 66. Law Firm Capital Acct + Int Incm | None | P1 | W | | | | | | |
| 67. Pinnacle City Investment Partners | A | K-1 | J | W | | | | | |
| 68. NYS Muni Bonds | E | Int | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NYC MUNI BONDS | E | INT | M | T | | | | | |
| 70. CITIBANK ACCOUNTS | B | INT | M | T | | | | | |
| 71. IRA #5 | B | DIV | K | T | | | | | |
| 72. — VANGUARD MIDCAP INDEX FUND | | | | | | | | | |
| 73. — BARON GROWTH FUND | | | | | | | | | |
| 74. — FIDELITY CASH RESERVES | | | | | | | | | |
| 75. — STP MIDCAP DEPOSIT ACCOUNTS | | | | | | | | | |
| 76. IRA #6 | B | DIV | K | T | | | | | |
| 77. — VANGUARD MIDCAP INDEX FUND | | | | | | | | | |
| 78. — BARON GROWTH FUND | | | | | | | | | |
| 79. — FIDELITY CASH RESERVES | | | | | | | | | |
| 80. — STP MIDCAP DEPOSIT RECEIPTS | | | | | | | | | |
| 81. FL MUNI BONDS | E | INT | N | T | | | | | |
| 82. A+T BANK - ACCOUNTS | C | INT | M | T | | | | | |
| 83. LA MUNI BONDS | D | INT | M | T | | | | | |
| 84. TX MUNI BONDS | E | INT | N | T | | | | | |
| 85. SC MUNI BONDS | D | INT | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, LORETTA A. | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WA MUN BONDS | R | INT | N | T | | | | | |
| 87. MN MUN BONDS | D | INT | K | T | | | | | |
| 88. PA MUN BONDS | D | INT | M | T | | | | | |
| 89. IL MUN BONDS | F | INT | O | T | | | | | |
| 90. MA MUN BONDS | D | INT | M | T | | | | | |
| 91. AL MUN BONDS | C | INT | L | T | | | | | |
| 92. KY MUN BONDS | C | INT | L | T | | | | | |
| 93. HA MUN BONDS | D | INT | L | T | | | | | |
| 94. IN MUN BONDS | D | INT | N | T | | | | | |
| 95. WI MUN BONDS | D | INT | N | T | | | | | |
| 96. AK MUN BONDS | C | INT | L | T | | | | | |
| 97. MI MUN BONDS | D | INT | M | T | | | | | |
| 98. SD MUN BONDS | C | INT | M | T | | | | | |
| 99. INTRGRA COMMON STK | | NONA | N | T | | | | | |
| 100. DL MUNI BONDS | C | INT | L | T | | | | | |
| 101. NV MUNI BONDS | C | INT | L | T | | | | | |
| 102. TRUST #10 | E | DIV | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, Loretta A. | 9/10/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.03 — STP MIDCAP 400 SPDRS | | | | | | | | | |
| 1.04 — Fidelity US Treasury MMF | | | | | | | | | |
| 1.05 — Raton Value LG Cap Fd | | | | | | | | | |
| 1.06 — Fidelity Muni MMF | | | | | | | | | |
| 1.07 DC Muni Bonds | D | Int | L | T | | | | | |
| 1.08 Ott Muni Bonds | D | Int | M | T | | | | | |
| 1.09 Roudshire Common Stk | | None | M | T | | | | | |
| 1.10 Trust #11 | B | Div | M | T | | | | | |
| 1.11 — STP MIDCAP 400 SPDRS | | | | | | | | | |
| 1.12 — Fidelity MMF | | | | | | | | | |
| 1.13 — Raton Value LG Cap Fd | | | | | | | | | |
| 1.14 Western Asset Gvt MMF | B | Div | L | T | | | | | |
| 1.15 Fidelity US Treasury MMF | A | Div | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 9/10/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART III. A — Non-Investment Income was received during the reporting period as salary from the U.S. Government for serving as a U.S. District Judge.

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, Loretta A. | 9/10/08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  PRESKA, LORETTA A. | 2. Court or Organization  US DISTRICT COURT FOR THE SOUTHERN DISTRICT OR N.Y. | 3. Date of Report  3/3/08 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  USDJ - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/07 to 12/31/07 |
| 7. Chambers or Office Address  US COURTHOUSE ROOM 1320 500 PEARL STREET NY NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. VICE PRESIDENT | Fordham Law Alumni Association |
| 2. CO - TRUSTEE / TRUSTEE | Trusts # 7 and # 11 |
| 3. MEMBER | NY Regional Panel - Select White House Fellows |
| 4. ADVISORY BOARD | Federalist Society, NY Chapter |
| 5. TRUSTEE | Fordham University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAR 10 A 10: 09 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/3/08 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | SELF EMPLOYED LAWYER |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORATTA A. | 3/3/08 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank NA | A | Int | J | T | | | | | |
| 2. Trust #1 | E | Div/Int | N | T | | | | | |
| 3. – Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 4. – Fidelity NY Muni MMF | | | | | | | | | |
| 5. – Promissory Notes | | | | | | | | | |
| 6. – S&P Midcap Deposit Receipts | | | | | B | 5/15 | J | | |
| 7. | | | | | | B | 8/9 | J | | |
| 8. Trust #2 | E | Div/Int | N | T | | | | | |
| 9. – Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 10. – Fidelity NY Muni MMF | | | | | | | | | |
| 11. – Promissory Notes | | | | | | | | | |
| 12. – S&P Midcap Deposit Receipts | | | | | B | 5/15 | J | | |
| 13. | | | | | | B | 8/9 | J | | |
| 14. Trust #3 | D | Div | N | T | | | | | |
| 15. – Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 16. – S&P Midcap Deposit Receipts | | | | | B | 5/15 | J | | |
| 17. – Fidelity NY Muni MMF | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #4 | D | Div | O | T | | | | | |
| 19. - Pioneer Spartan Suc (fund) | | | | | | | | | |
| 20. - STP MidCap Deposit Account | | | | | B | 5/15 | J | | |
| 21. - Pioneer NY Muni MM | | | | | | | | | |
| 22. Trust # 6 | C | Div | L | T | | | | | |
| 23. - NWML Whole Life | | | | | | | | | |
| 24. Trust # 7 | E | Div | N | T | | | | | |
| 25. - BVLICO Adjustable Life | | | | | | | | | |
| 26. - NEML Annuity | | | | | | | | | |
| 27. - NUML Whole Life | | | | | | | | | |
| 28. - NUML Whole Life | | | | | | | | | |
| 29. Trust # 8 | B | Div | N | T | | | | | |
| 30. - Sun Life Universal Life | | | | | | | | | |
| 31. - NYL Universal Life | | | | | B | 6/7 | K | | |
| 32. Trust # 5 | | | | | | | | | |
| 33. - Equitable Universal Life | | | | | TFR out 1/6 | P1 | G | | |
| 34. - Sun Universal Life | | | | | TFR in 1/6 | P1 | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1 | G | Div | P1 | T | | | | | |
| 36. — Fidelity Cash Reserves | | | | | | | | | |
| 37. — Tulroy Brown Global Value Fund | | | | | | | | | |
| 38. — Dodge Cox Intnl Stk Fund | | | | | | | | | |
| 39. — Baron Growth Fund | | | | | | | | | |
| 40. — Royce Total Return Fund | | | | | | | | | |
| 41. IRA #2 | D | Div | M | T | | | | | |
| 42. — Baron Growth Fund | | | | | | | | | |
| 43. — Fidelity Contrafund | | | | | | | | | |
| 44. IRA #3 | D | Div | M | T | | | | | |
| 45. — Royce Total Return Fund | | | | | | | | | |
| 46. — Fidelity Cash Reserves | | | | | | | | | |
| 47. IRA #4 | F | Div | O | T | | | | | |
| 48. — Fidelity Cash Reserves | | | | | | | | | |
| 49. — Dodge T Cox Intnl Stk Fund | | | | | | | | | |
| 50. — Tulroy Brown Global Value Fund | | | | | | | | | |
| 51. — American Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORETTA A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Law Firm Retirement Acct | F | Div | P1 | T | | | | | |
| 53. — Fidelity Contrafund | | | | | | | | | |
| 54. — Baron Growth Fund | | | | | | | | | |
| 55. — Fidelity Cash Reserves | | | | | | | | | |
| 56. — Royce Total Reserve Fund | | | | | | | | | |
| 57. o/r Law Firm Capital A/c and Int'l | NONE | | P1 | W | | | | | |
| 58. Forest City Investment Partners | A | K-1 | J | W | | | | | |
| 59. NYS Muni Bonds | B | Int | N | T | Matured | 2/1 | M | | |
| 60. ~~text text text~~ | ~~~~ | ~~~~ | ~~~~ | — | Matured | 7/2 | L | | |
| 61. NYC Muni Bonds | D | Int | L | T | Call | 8/1 | J | | |
| 62. | | | | | Call | 9/4 | L | | |
| 63. | | | | | B | 11/5 | L | | |
| 64. | | | | | B | 11/5 | L | | |
| 65. Smith Barney Muni NY Mar | A | Div | L | T | | | | | |
| 66. Citibank Accounts | E | Int | P1 | T | | | | | |
| 67. US Savings Bonds Y | | | | | | | | | |
| 68. NYS College Savings Program | | NONE | | | Paid Tuition | 9/30 12/3 | K K | D A | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORRTTA A | 3/3/08 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PUTNAM SELECT FUND Y | | | | | | | | | |
| 70. IRA #5 | B | Div | K | T | | | | | |
| 71. — VANGUARD MIDCAP INDEX Fund | | | | | | | | | |
| 72. — BARON GROWTH FUND | | | | | B | 5/15 | J | | |
| 73. — PIDALITY CASH RESERVES | | | | | | | | | |
| 74. — STP MIDCAP DEPOSIT ACCOUNT | | | | | | | | | |
| 75. IRA #6 | B | Div | K | T | | | | | |
| 76. — VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 77. — BARON GROWTH FUND | | | | | B | 5/15 | J | | |
| 78. — PIDALITY CASH RESERVES | | | | | | | | | |
| 79. — S+P MIDCAP DEPOSIT ACCOUNT | | | | | | | | | |
| 80. PL MUNI BONDS | E | INT | N | T | B | 1/12 | L | | |
| 81. | | | | | B | 2/12 | K | | |
| 82. | | | | | B | 9/26 | K | | |
| 83. M+T BANK — ACCOUNTS | C | INT | M | T | | | | | |
| 84. LA MUNI BONDS | C | INT | M | T | | | | | |
| 85. TX MUNI BONDS | D | INT | N | T | B | 1/31 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | B | 7/27 | L | | |
| 87. SC Muni Bonds | B | INT | L | T | | | | | |
| 88. WA Muni Bonds | R | INT | N | T | B | 6/4 | L | | |
| 89. MN Muni Bonds | B | INT | K | T | | | | | |
| 90. PA Muni Bonds | C | INT | M | T | B | 6/25 | K | | |
| 91. IL Muni Bonds | E | INT | O | T | | | | | |
| 92. MA Muni Bonds | D | INT | M | T | | | | | |
| 93. AL Muni Bonds | C | INT | L | T | | | | | |
| 94. KY Muni Bonds | C | INT | L | T | | | | | |
| 95. HA Muni Bonds | C | INT | L | T | | | | | |
| 96. IN Muni Bonds | D | INT | N | T | | | | | |
| 97. WI Muni Bonds | D | INT | N | T | | | | | |
| 98. AK Muni Bonds | C | INT | L | T | | | | | |
| 99. MI Muni Bonds | D | INT | M | T | | | | | |
| 100. SD Muni Bonds | C | INT | M | T | | | | | |
| 101. Intra Cal Common Stk | | NONR | N | T | | | | | |
| 102. DL Muni Bonds | C | INT | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, Loretta A. | 3/3/08 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103 NV Muni Bonds | B | INT | L | T | | | | | |
| 104 Trust # 10 | E | DIV | P1 | T | | | | | |
| 105 - STP Midcap 400 SPDRS | | | | | B | 2/13 | M | | |
| 106 - STP 500 Depositary Receipt | | | | | B | 2/13 | M | | |
| 107 | | | | | B | 5/18 | M | | |
| 108 | | | | | B | 7/27 | J | | |
| 109 - Fidelity Muni MMA | | | | | | | | | |
| 110 DC Muni Bonds | D | INT | L | T | | | | | |
| 111 OK Muni Bonds | D | INT | M | T | | | | | |
| 112 IRA #7            Y | | | | | | | | | |
| 113 - STP Mid cap SPDRS | | | | | | | | | |
| 114 Ironshore Common Stk | | NONE | M | T | | | | | |
| 115 Putnam Voyager Fund  Y | | | | | | | | | |
| 116 Trust # 11 | B | DIV | M | T | | | | | |
| 107. - STP Midcap 400 SPDRS | | | | | B | 2/16 | L | | |
| 108 - STP 500 Depositary Receipt | | | | | B | 2/16 | L | | |
| 109 - Fidelity MMF | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less      B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal           R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
   (See Column C2)             U =Book Value          V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORATTA A. | 3/3/08 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

— ASSETS OF TRUST #5 (3/19/07 REPORT, LINE 22) TRD TO
   TRUST #7

— ASSETS AT LINES 102 & 104 ON 3/19/07 REPORT TRD TO TRUST #10

— THIS REPORT — LINE 111 — OH WAS MISREPORTED AS OK LAST YEAR

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORATTA A- | 3/3/08 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544